# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE:  JOSHUA EDWARD MACIAS
        KATRINA LEE MACIAS
        5610 CARSON RD.
        RIVERSIDE, CA 92506

IN THE MATTER OF:
JOSHUA EDWARD MACIAS
5610 CARSON RD.
RIVERSIDE, CA 92506

DATE: 11/22/2016
Case No. 6:16-bk-15828-WJ

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED. CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
|  | AMERICAN CAPITAL | $148.48 | NOT FILED | 4197 | U | 1 |
|  | AMERICAN CAPITAL ENT | $149.00 | NOT FILED | 4197 | U | 2 |
|  | AMERICAN MED. SYSTEM | $2,710.20 | NOT FILED | 8897 | U | 3 |
|  | ANAHEIM MEMORIAL HOS | $634.79 | NOT FILED | 2732 | U | 4 |
|  | ANAHEIM REGIONAL | $1,850.00 | NOT FILED | 2446 | U | 5 |
|  | ANES SPEC. OF ORANGE | $195.04 | NOT FILED | 0542 | U | 6 |
|  | AT&T | $266.00 | NOT FILED | 4415 | U | 7 |
|  | BARCLAYS BANK DELAWA | $1,382.00 | NOT FILED | 0514 | U | 8 |
| 17 | PORTFOLIO RECOVERY A | $654.00 | $875.81 | 3347 | U | 9 |
|  | CA EMER. PHYS. MED. | $42.06 | NOT FILED | 4997 | U | 10 |
| 06 | CAPITAL ONE BANK (US | $502.00 | $502.53 | 6204 | U | 11 |
| 05 | CAPITAL ONE BANK (US | $4,265.00 | $4,265.78 | 0198 | U | 12 |
| 04 | CAPITAL ONE BANK (US | $3,120.00 | $3,247.93 | 9027 | U | 13 |
|  | CAPITAL ONE | $825.00 | NOT FILED | 1538 | U | 14 |
| 03 | CAPITAL ONE BANK (US | $747.00 | $747.36 | 5169 | U | 15 |
| 18 | PORTFOLIO RECOVERY A | $336.00 | $336.24 | 0350 | U | 16 |
| 01 | QUANTUM3 GROUP LLC A | $182.00 | $219.20 | 1232 | U | 17 |
|  | COUNTY OF RIVERSIDE | $464.65 | NOT FILED |  | U | 18 |
| 13 | LVNV FUNDING LLC | $1,767.00 | $1,940.77 | 4137 | U | 19 |
| 12 | LVNV FUNDING LLC | $1,559.00 | $1,718.17 | 5766 | U | 20 |
| 14 | LVNV FUNDING LLC | $648.00 | $737.86 | 3067 | U | 21 |
| 16 | DANIEL'S JEWELERS | NOT SCHEDULED | $140.37 | 7159 | S | 22 |
| 19 | DEPARTMENT STORE NAT | $241.00 | $284.95 | 9940 | U | 23 |
|  | FNCC/LEGACY VISA | $1,050.00 | NOT FILED | 6632 | U | 24 |
|  | GOLDENWEST RADIOLOGY | $20.82 | NOT FILED | 5473 | U | 25 |
|  | GOLDENWEST RADIOLOGY | $9.27 | NOT FILED | 5473 | U | 26 |
| 09 | CAPITAL ONE, N.A. | $400.00 | $425.43 | 1538 | U | 27 |
| 10 | MERRICK BANK | $2,479.00 | $2,253.82 | 9391 | U | 28 |
| 11 | RIVERSIDE COMMUNITY | $2,332.00 | $2,332.00 | 2969 | U | 29 |
|  | PARKVIEW COMMUNITY H | $50.00 | NOT FILED | 6854 | U | 30 |
| 15 | RIVERSIDE COMMUNITY | $570.00 | $570.00 | 0439 | U | 31 |
|  | SAN ANTONIO REGIONAL | $118.68 | NOT FILED | 9877 | U | 32 |
|  | SYNCB/JEWELRY CUSTOM | $978.00 | NOT FILED | 7398 | U | 33 |
|  | SYNCB/TOYSRUS | $321.00 | NOT FILED | 4538 | U | 34 |
|  | SYNCHRONY BANK/ OLD | $238.00 | NOT FILED | 6233 | U | 35 |
| 22 | PORTFOLIO RECOVERY A | $66.00 | $106.11 | 6097 | U | 36 |
|  | SYNCHRONY BANK/CARE | $3,626.00 | NOT FILED | 8656 | U | 37 |

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:16-bk-15828-WJ**

|    |    | SYNCHRONY BANK/CARE | $1,674.00 | NOT FILED | 5304 | U | 38 |
|----|----|---------------------|-----------|-----------|------|---|----|
|    |    | SYNCHRONY BANK/CHEVR | $681.00 | NOT FILED | 5237 | U | 39 |
|    |    | TARGET CREDIT CARD ( | $243.00 | NOT FILED | 2264 | U | 40 |
|    |    | TARGET CREDIT CARD ( | $211.00 | NOT FILED | 3004 | U | 41 |
|    |    | TEMECULA VALLEY PAIN | $32.69 | NOT FILED | 9920 | U | 42 |
|    |    | WASTE MANAGEMENT | $232.56 | NOT FILED | 0951 | U | 43 |
| 08 |    | FORD MOTOR CREDIT CO | $31,093.96 | $28,729.35 | 6180 | S | 44 |
| 07 |    | HARLEY DAVIDSON CRED | $12,925.59 | $12,341.98 | 8505 | S | 45 |
| 02 |    | INTERNAL REVENUE SER | $1,924.00 | $1,899.51 | 0924 | P | 46 |
|    |    | LAW OFFICES OF CHRIS | NOT SCHEDULED | $5,000.00 |  |  | 47 |
| 20 |    | PORTFOLIO RECOVERY A | NOT SCHEDULED | $654.34 | 6164 | U | 48 |
| 21 |    | CERASTES LLC | NOT SCHEDULED | $1,927.54 | 0514 | U | 49 |
| 16 |    | DANIEL'S JEWELERS | NOT SCHEDULED | $58.76 | 7159 | U | 10022 |
| 02 |    | INTERNAL REVENUE SER | NOT SCHEDULED | $28.26 | 0924 | U | 10046 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "PAID OUTSIDE" OR "NOTICE ONLY."  THE TRUSTEE PAYS SECURED AND PRIORITY CLAIMS EVEN IF A CLAIM IS "NOT FILED."

_____
Rod Danielson, Chapter 13 Trustee

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:    11/22/2016

| SHAMEKA CHAMBERS | _____ |
| Type or Print Name | SHAMEKA CHAMBERS |

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:16-bk-15828-WJ**

PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

| | |
|---|---|
| JOSHUA EDWARD MACIAS<br>5610 CARSON RD.<br>RIVERSIDE, CA  92506 | LAW OFFICE OF CHRISTOPHER P<br>WALKER, PC<br>505 S VILLA REAL DR, STE 103<br>ANAHEIM HILLS, CA  92807 |

Executed on 11/22/2016 at Riverside, California.

SHAMEKA CHAMBERS
Type or Print Name

Shameka Chambers